# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., a/s/o DONALD HIMLIN,<br>          Plaintiff,<br><br>                    v.<br><br>TWIN STAR HOME,<br>          Defendant. | Civil No. 5:20-cv-03973-JMG |

## ORDER

**AND NOW,** this 18th day of August, 2021, after careful consideration of Defendant's Motion for Summary Judgment (ECF No. 29), Plaintiff's Response in Opposition (ECF No. 30), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion (ECF No. 29) is **DENIED.** It is further **ORDERED** that the parties shall submit a joint status update to Chambers no later than **August 25, 2021**, as trial is scheduled for October 8, 2021 (*see* ECF No. 11).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge